DAVID G. SPIVAK (SBN 179684)
  david@spivaklaw.com
CAROLINE TAHMASSIAN (SBN 285680)
  caroline@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Blvd., Ste 312
Encino, CA 91436
Telephone: (818) 582-3086
Facsimile: (818) 582-2561

Attorneys for Plaintiffs,
THE ESTATE OF DONALD HARRINGTON, EDWIN AYALA, ERIC SCOTT POWELL, EMILIO VAZQUEZ, PATRICK GATSON, ANTHONY BRYANT, JAMAR EVANS, and JAMES WILLIAMS

(Additional attorneys for the Parties on following page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF DONALD HARRINGTON, EDWIN AYALA, ERIC SCOTT POWELL, EMILIO VAZQUEZ, PATRICK GATSON, ANTHONY BRYANT, JAMAR EVANS, and JAMES WILLIAMS, on behalf of themselves, all others similarly situated, and the general public, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>      *Plaintiff*,<br><br>   vs.<br><br>MARTEN TRANSPORT, LTD., a | Case No.: 15-CV-01419-MWF-ASx<br><br>**STIPULATION RE: CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 1600 |

Delaware corporation; and DOES 1-50, inclusive,

*Defendants.*

**ATTORNEYS FOR DEFENDANT**

ANGELA J. RAFOTH (SBN 241966)
    arafoth@littler.com
ALISON CUBRE (SBN 257834)
    acubre@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:  (415) 433-1940
Facsimile:   (415) 399-8490

Attorneys for Defendant MARTEN TRANSPORT, LTD.

**ADDITIONAL ATTORNEYS FOR PLAINTIFFS**

SHAUN SETAREH (SBN 204514)
    shaun@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California  90212
Telephone:  (310) 888-7771
Facsimile:   (310) 888-0109

LOUIS BENOWITZ (SBN 262300)
    louis@benowitzlaw.com
LAW OFFICES OF LOUIS BENOWITZ
9454 Wilshire Boulevard, Penthouse Floor
Beverly Hills, California 90212
Telephone:  (310) 844-5141
Facsimile:   (310) 492-4056

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

1. WHERAS, on April 9, 2018, Plaintiffs filed their Motion for Class Certification (the "Motion") (Docket No. 108).

2. WHEREAS, since the filing of Plaintiffs' Motion, the Parties have been working cooperatively to schedule several depositions which the Parties agree to complete prior to the filing of Defendant's Opposition and Plaintiffs' Reply briefing, including the depositions of the new Plaintiffs added in the Second Amended Complaint (Docket No. 94), the remaining declarants from Plaintiff Donald Harrington's prior motion for class certification (Docket No. 58) that were not deposed due to health or scheduling challenges, and other putative class members.

3. WHEREAS, the Ninth Circuit Court of Appeals in *Stewart v. San Luis Ambulance, Inc.*, 878 F.3d 883 (9th Cir. 12/29/17), recently certified to the California Supreme Court the following question: "Do violations of the meal period regulations, which require payment of a 'premium wage' for each improper meal period, give rise to claims under sections 203 and 226 of the California Labor Code where the employer does not include the premium wage in the employee's pay or pay statements during the course of the violations?" The Plaintiff/Appellant in *Stewart* filed an opening brief on June 12, 2018 and the Defendant/Respondent submitted an application for extension of time to file its answer brief by September 10, 2018. The Parties believe that the outcome of the California Supreme Court's decision in *Stewart* will have a significant impact on this lawsuit because Plaintiffs seek certification of their wage statement and waiting time penalties claims, a significant basis for relief in this case.

4. WHEREAS, on July 5, 2018, the Parties have also renewed settlement negotiations based on certain pending federal legislation which, if passed, will moot Plaintiffs' claims.

1      5.    WHEREAS, in view of the circumstances, the Parties met and conferred and believe that a postponement of the briefing schedule on Plaintiff's Motion and discovery related to the further briefing on Plaintiff's Motion, including the depositions mentioned above, by at least three months pending the California Supreme Court's decision in *Stewart* and pending the Parties' settlement discussions will allow them to focus their time on resolving this matter. The Parties also believe that a postponement of the briefing schedule on Plaintiff's Motion will conserve the Parties' and the Court's resources in the event the Parties are able to reach a settlement.

    6.    THEREFORE, for good cause, the Parties have agreed to a postponement of the briefing schedule on Plaintiffs' Motion as follows:

    a.    Defendant's Opposition to Plaintiffs' Motion for Class Certification will be filed by **November 19, 2018**.

    b.    Plaintiffs' Reply to Defendant's Opposition to Motion for Class Certification will be filed by **December 17, 2018**.

    c.    Hearing on Plaintiffs' Motion for Class Certification is continued from October 15, 2018 at 10:00 a.m. to **January 29, 2019** at 10:00 a.m.

    7.    Counsel for Defendant has authorized the filing of this Stipulation with the use of his/her electronic signature hereon.

IT IS SO STIPULATED.

THE SPIVAK LAW FIRM

Dated: July 10, 2018    By: _/s/ David Spivak_____
    DAVID SPIVAK
    CAROLINE TAHMASSIAN
    Attorneys for Plaintiffs, THE ESTATE OF DONALD HARRINGTON, EDWIN AYALA, ERIC SCOTT POWELL, EMILIO VAZQUEZ, PATRICK GATSON,

| | |
|---|---|
| | ANTHONY BRYANT, JAMAR EVANS, and JAMES WILLIAMS |
| | LITTLER MENDELSON, P.C. |
| Dated: July 10, 2018 | By: /s/ Alison Cubre (authorized 7/10/18)<br>ANGELA J. RAFOTH<br>ALISON CUBRE<br>Attorneys for Defendant, MARTEN TRANSPORT, LTD. |

Firmwide:155730501.1 059451.1040