DAVID G. SPIVAK (SBN 179684)
    david@spivaklaw.com
CAROLINE TAHMASSIAN (SBN 285680)
    caroline@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Blvd., Ste 203
Encino, CA 91436
Telephone:  (818) 582-3086
Facsimile:   (818) 582-2561

JS-6

Attorneys for Plaintiffs,
THE ESTATE OF DONALD HARRINGTON, EDWIN AYALA, ERIC SCOTT
POWELL, EMILIO VAZQUEZ, PATRICK GATSON, ANTHONY BRYANT,
JAMAR EVANS, and JAMES WILLIAMS

(Additional attorneys for the Parties on following page)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DONALD HARRINGTON, EDWIN AYALA, ERIC SCOTT POWELL, EMILIO VAZQUEZ, PATRICK GATSON, ANTHONY BRYANT, JAMAR EVANS, and JAMES WILLIAMS, on behalf of themselves, all others similarly situated, and the general public, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004, <br><br> *Plaintiff,* <br><br> vs. <br><br> MARTEN TRANSPORT, LTD., a | Case No.: 15-CV-01419-MWF-ASx <br><br> **ORDER RE: VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** <br><br> Hon. Michael W. Fitzgerald <br> Courtroom 1600 |

1  Delaware corporation; and DOES 1-
2  50, inclusive,

3                    *Defendants.*

4            **ATTORNEYS FOR DEFENDANT**

5

6  ANGELA J. RAFOTH (SBN 241966)
        arafoth@littler.com
7  LITTLER MENDELSON, P.C.

8  333 Bush Street, 34th Floor
   San Francisco, CA 94104
9  Telephone:   (415) 433-1940
10 Facsimile:    (415) 399-8490

11 Attorneys for Defendant MARTEN TRANSPORT, LTD.

12         **ADDITIONAL ATTORNEYS FOR PLAINTIFFS**

13

14 SHAUN SETAREH (SBN 204514)
15        shaun@setarehlaw.com
   SETAREH LAW GROUP
16 9454 Wilshire Boulevard, Suite 907
17 Beverly Hills, California  90212
   Telephone:   (310) 888-7771
18 Facsimile:    (310) 888-0109

19

20 LOUIS BENOWITZ (SBN 262300)
        louis@benowitzlaw.com
21 LAW OFFICES OF LOUIS BENOWITZ
22 9454 Wilshire Boulevard, Penthouse Floor
   Beverly Hills, California 90212
23 Telephone:   (310) 844-5141
24 Facsimile:    (310) 492-4056

25

26

27

28

---

*The Estate of Donald Harrington, et al. v.*        2                    Order Re: Dismissal
*Marten Transport, Ltd.*

Having been stipulated and agreed upon by and between the parties and their respective counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-referenced lawsuit against Defendant MARTEN TRANSPORT, LTD. ("Defendant") is voluntarily dismissed in its entirety (1) WITH PREJUDICE as to The Estate of Donald Harrington, Edwin Ayala, Eric Scott Powell, Emilio Vazquez, Patrick Gatson, Anthony Bryant, Jamar Evans, and James Williams and (2) WITHOUT PREJUDICE as to all unnamed putative class members.

**IT IS SO ORDERED**.

Dated: November 25, 2019

_____

The Honorable Michael W. Fitzgerald
United States District Judge